975 A.2d 1080

COMMONWEALTH of Pennsylvania, Respondent

v.

Michael ALLEN, Petitioner.

No. 46 EM 2009.

Supreme Court of Pennsylvania.

July 2, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of July, 2009, the "Motion for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc*" is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal in 30 days.